LENA M. MITCHELL, Respondent, v. CHARLES F. GILMOUR and HELEN N. GILMOUR, Appellants.— Judgment and order affirmed, with costs. Memorandum: The time for the passing of title upon a sale depends upon the intention of the parties. (Pers. Prop. Law, § 99.) The conversation between the defendants' representatives and the former owner of the car and his wife taken in connection with the arrangements as to the other car and the documents signed warrant the finding of the jury that the title had passed to the defendants. As to permission to drive before the accident there was also a question of fact. (*Piwowarski* v. *Cornwell*, 273 N. Y. 226; *Jorgensen* v. *Jaeger*, 257 id. 171; *Orlando* v. *Pioneer B. T. Supply Co.*, 239 id. 342; *St. Andrassy* v. *Mooney*, 262 id. 368.) The findings of the jury on these two points are not, in our opinion, against the weight of the evidence. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

BETTY SPRAGUE, Appellant, v. KENNETH BUELL, Respondent.— Judgment and orders affirmed, with costs. Memorandum: The evidence presented questions of fact. The testimony offered by the defendant was neither incredible nor insufficient as a matter of law. Under these circumstances the finding of the jury is conclusive. (*Meyers* v. *Hines*, 199 App. Div. 594, 596.) We find no reversible error either in the submission of the case to the jury or in the denial of the motions for new trials on the ground of newly-discovered evidence. All concur. (The judgment is for defendant in an automobile negligence action. One order denies a motion for a new trial on the minutes, and the other order denies a motion for a new trial on the ground of newly-discovered evidence.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

JESSIE HIBBARD, Appellant, v. KENNETH BUELL, Respondent.— Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

BERTHA GEDDES, Appellant, v. JAMES T. GEDDES, Respondent.— Order affirmed, without costs. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for reversal and denial of the application. (The order modifies a decree of divorce by reducing the amount of alimony.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.